**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1897**

In Re:  MINNIE M. FAUST,

                Petitioner.

On Petition for Writ of Mandamus.
(3:07-cr-00153-JFA)

Submitted:  February 25, 2010          Decided:  March 2, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Minnie M. Faust, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In her petition for mandamus relief, Minnie M. Faust asks this court to order the district court to dismiss her from the criminal forfeiture order imposed against her husband. See United States v. Hopkins, No. 3:07-cr-00153-JFA (D.S.C. Sept. 5, 2008) ("Judgment and Preliminary Order of Forfeiture Forfeiting Substitute Assets"). Since filing this petition, the district court has entered a final order dismissing the 21 U.S.C. § 853(n) (2006) ancillary proceeding instituted by Faust to assert her interest in the forfeited property, and a final order of forfeiture. See United States v. Hopkins, No. 3:07-cr-00153-JFA (D.S.C. Aug. 17 & Sept. 4, 2009). The Government has moved to dismiss the mandamus petition.

Because the district court has completed its consideration of the ancillary proceeding and imposed a final order of forfeiture, we find the instant mandamus petition is moot. Accordingly, although we grant Faust leave to proceed in forma pauperis, we grant the Government's motion to dismiss and deny the petition for mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED